DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |
|---|---|
| **BEAUMONT GEREAU,** )<br>)<br>Petitioner, )<br>v. )<br>)<br>**RICK MULGRAVE, Director of the Virgin**<br>**Islands Bureau of Corrections,** )<br>)<br>Respondent. )<br>) | Civil Action No. 2015-0079 |

**Appearances:**
**Beaumont Gereau,** *Pro Se*

## ORDER

**UPON CONSIDERATION** of Petitioner Beaumont Gereau's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 14); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 14) is **ACCEPTED** as modified in the Memorandum Opinion; and it is further

**ORDERED** that Beaumont Gereau's "Petition for the Writ of Habeas Corpus" (Dkt. No. 1) is **DENIED**; and it is further

**ORDERED** that the Court **DECLINES** to issue a Certificate of Appealability for failure to satisfy the legal standard set forth in 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that Beaumont Gereau's "Motion for Status Report and Decision of Pending Motion" (Dkt. No. 12) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Beaumont Gereau by certified mail, return receipt requested; and it is further

**ORDERED** that the Clerk of Court is directed to mark the case **CLOSED**.

**SO ORDERED.**

Date:  May 11, 2020                            _____/s/_____
                                                      WILMA A. LEWIS
                                                      Chief Judge